UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRIAN K. JOHNSON,<br><br>                Plaintiff,<br><br>    v.<br><br>DANIEL SATTERBERG et al.,<br><br>                Defendant. | CASE NO. C19-613 MJP<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed Petitioner's 42 U.S.C. § 1983 habeas petition, the Report and Recommendation of the Honorable Brian A. Tsuchida, Chief United States Magistrate Judge, any objections or responses to that, and the remaining record, finds and **ORDERS** as follows:

1. The Report and Recommendation is **ADOPTED**;

2. Petitioner's complaint is **DISMISSED WITHOUT PREJUDICE**;

3. The Clerk shall send a copy of this Order to plaintiff.

Dated May 31, 2019.

                                              Marsha J. Pechman
                                              United States District Judge